IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RICHARD GILLIAM**                                                          **PLAINTIFF**

**v.**                            **No: 4:18-cv-00689 JM-PSH**

**WHITEHEAD,** *et al.*                                         **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 23rd day of October, 2018.

                                                                       _____
                                                                       UNITED STATES DISTRICT JUDGE